

**U.S. Department of Justice**

Office of the United States Trustee
*Southern District of New York*

*201 Varick Street*  (212) 510-0500
*Room 1006*  *Fax: (212) 668-2255*
*New York, New York 10014*

**SUCCESSOR TRUSTEE MEMORANDUM**

```
TO:             Case Administration-Judge Team for Judge Garrity
                 New York, New York

FROM:           William K. Harrington
                United States Trustee

PREPARED BY: Mary Moroney

DATE:           January 26, 2021

RE:             Appointment of Successor Chapter 7 Trustee and
                Scheduling of Section 341(a) Meeting To Be Noticed
                By Clerk's Office
-----------------------------------------------------------------
```

The below listed case has been reviewed.

**Salvatore LaMonica** has been selected as the Successor Trustee. His address is **LaMonica Herbst & Maniscalco, LLP, 3305 Jerusalem Avenue, Wantagh, New York 11793. Telephone No. (516) 826-6500 Fax No. (516) 826-0222.**

The 341(a) meeting for the below listed case should be rescheduled and will be held telephonically with **Salvatore LaMonica** as the trustee on **March 17, 2021** at the time indicated below:

**SUCCESSOR TRUSTEE - CHAPTER 7 CASE**

11:00 AM

**Medici 1150 N. American Street LLC**          21-10074(JLG)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

**Medici 1150 N. American Street LLC,**          **21-10074(JLG)**

          Debtor(s).

SUCCESSOR APPOINTMENT OF TRUSTEE
AND DESIGNATION OF REQUIRED BOND

TO: **Salvatore LaMonica**
    **LaMonica Herbst & Maniscalco, LLP**
    **3305 Jerusalem Avenue,**
    **Wantagh, New York 11793**

    Alan Nisselson, the Trustee for the above-captioned debtor(s) having tendered his resignation, you are hereby appointed pursuant to 11 U.S.C. § 703(b), as Successor Trustee.

    The amount of your bond is covered by the bond of Interim Trustees in Chapter 7 cases issued by Liberty Mutual Insurance Company which is on file with the Office. <u>See</u> 11 U.S.C. 322(a) FRBP 2010. In addition, because your blanket acceptance of appointment is on file (FRBP 2008; FRBP 2010(a)), you are required to notify the undersigned in writing within five (5) business days after receipt of this notice only in the event you reject this appointment.

Dated:  New York, New York
       January 26, 2021

                                    <u>William K. Harrington</u>
                                    William K. Harrington
                                    United States Trustee
                                    201 Varick Street
                                    Room 1006
                                    New York, New York 10014

A:\SUCC.7