**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re: MEDICI 1150 N. AMERICAN STREET LLC

Debtor

Case No.: 21-10074-JLG

Chapter 7

---------------------------------------------------------------x

Plaintiff

v.

Defendant

Adversary Proceeding No.: _____

---------------------------------------------------------------x

# MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Edmond M. George, Esq., request admission, ***pro hac vice***, before the Honorable James L. Garrity, Jr., to represent B.S. Ingersoll, LLC, a interested party in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of New Jersey, Pennsylvania, and Washington, D.C. and, if applicable, the bar of the U.S. District Court for the Eastern District of Pennsylvania, the U.S. District Court for the District of New Jersey, and the Third Circuit Court of Appeals.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 4/12/2021

Philadelphia, PA

/s/ Edmond M. George

*Mailing Address*:

Centre Square West

1500 Market Street, Suite 3400

Philadelphia, PA 19102

*E-mail address*: edmond.george@obermayer.com

*Telephone number*: (215) 665-3000